11/13.2015

Dear Mr. A. Acosta,

Abel Acosta, Clerk

I know you recently received my son's appeal/ Joseph C. Jones CR12617. I also realize time is short or has passed.

I've enclosed a copy of concerns, that need to be addressed. I've also enclosed a copy of the complete record of the court proceedings.

I also am aware of the fact that my son's first appeal was denied bescuase he did not request a new trial because his attorney did not cross

examine. How was he suppose to know not having any type of legal knowledge that he could ? Someone should have told him.

As a mother I refuse to accept that there is no one that cares except me. I will continue to fight for my son. He deserves a fair

sentencing. He didn't kill anyone. He's not a bad person. Not just because I'm his mom. ANYONE who knows Joe, would testify to that.

Seems to me, that IF the legal sector of this is who caused him to commit this illegal act , wouldn't that be entrapment? Or is it legal?.

for law enforcement to do illegal acts just to meet thier quota ? If you allow yourself to actually read thru my son's court proceedings

you will find that he didn't have any money, didn't have drugs, didn't even have a scale. But was labeled a drug dealer. Law enforcement

provided the money, the scale, and waitted until he could find someone who had the drugs. Why didnt they arrest that individual ? The

time should fit the Crime.

CRime commited on 10-10-12 why did they wait until 2-27-13 to arrest him, And his court wasn't until 11/13. What wrong with this whole thing.

Thanks for your time,
Carolyn Smith
Carolyn Smith
( Joe's mom)

760-253-2757--hm.

able acosta

Nov. 4th 201

Able Acosta,

I'm writing in regards to my son, Joseph Jones, recently received forty-five years
for delivery of a controlled substance, >1gm <4gms

of meth. I know his actions were illegal, even though he was set-up by a
C.I.[Confidential Informant] at the ecouragement of the police in exchange,

she would not face charges of transporting large quanities of drugs with intent to
sell. However that is not the reason as to why I am contacting you.

I have several concerns and questions. First, my son was told by his attorney, it
would be in his best interest and it would go easier on him,

if he entered a plea of "GUILTY". His attorney was not a court appointed. My son
did not have a trial, since he followed his attorney's advice.

his sentencing was decided by a Jury. It took less than one day, and return with a
sentencing of "forty-five years". I know it was enchanced

by a prior conviction of, possession of a firearm. During the sentencing, my
grand-daughter, the defendant's daughter told me her mother-in-law was

on the jury. Both my son's daughters are married to this lady's two sons. I brought
this to (Richard Maddox) my son's attorney, he said already

he knew, as did the Judge and the Procecuting Attorney. As Mrs. Ruth Ward brought
it to the judge's attention. He did not excuse her. Why not?

Mrs. Ward told everyone outside the court room that she asked to be excused and the
judge said no. She also stated she would be willing to give a

sworen statement to that effect. I recently received a complete copy of what the
court recorder recorded. No where in it is there any mention of

Mrs. Ward speaking to the judge. Why not ? Why was Mrs. Ward allowed to continue to
be on the jury? Was that notMisconduct of the court? Encouraging

him to plea guilty. Is that not a violation of Loyalty to his client? By my son's
attorney? My son should have given the chance to face his accussor's.

The ability to tell side of the story. A trial unbiasis, this judge has gone public
at one point with a statement to the effect," before he steps down

Page 1

able acosta

he would give a million years to drug offenders". I just want a fair and honest trial. The time to fit the crime.

My son has filed his own appeal. It is currently in Austin. I understand it requires a brief. I have no clue as to how. I live in California. I still owe

(my brother)from the first attorney. Will I require another ? Can I just send my concerns or requests.? Or does it have to be in a special format ?

I am 63, If my son has to do this outrageous amount of time, I'll be dead before he is released. His daughter has her first baby in twelve days. Can you help me ?

Or send me the right way ? I understand there is a time factor with an appeal. I've enclosed a copy of the court proceedings. (from start tp finish).

THe time should fit the crime. Please help him. Thank you for your time.

Carolyn Smith
P.O.Bx. 248
23049 Sonoma
Hinkley, Ca. 92347
hm. 760-253-2727
cell 760-577-4356

Carolyn Smith
(Joe's MOM)

Nov. 11 th, 2015

Current Information:

CR 12617

Joseph C. Jones

1933897

Joe F. Gurney UNIT

Palastine, Texas

75803



CR12617

Volume One    Master Index
Volume Two    Jury TRIAL
Volume Three    Punishment Phase
Volume Four    trial exhibits

Concerns

| Volume Two | | Volume Three |
|---|---|---|
| Page | Line | Pages 4-80 |
| 8 | 21-25 | read what really |
| 13 | 1-5 | happened |
| 16 | 1-25 | |
| 24 | 1-12 | |
| 25 | 13-18 | |
| 26 | 1-25 | |
| 29 | 28 | |
| 66 | 1-16 | |
| 67 | 22-25 | |
| 78 | 1-17 | |
| 84 | 23-25 | |
| 85 | 1-11 | |